# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHONDA VILLAMOR,

    Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendant(s).

Case No. 2:23-cv-00327-JAD-NJK

**Order**

    On April 17, 2023, Plaintiff filed a notice of settlement with Defendant Experian. Docket No. 9. That notice indicated that dismissal papers were expected to be filed within 60 days. *See id.* at 2. On June 16, 2023, Plaintiff filed a status report that the parties were awaiting final approval and signatures on their settlement agreement, but that Plaintiff anticipated dismissal papers would be filed by July 16, 2023. Docket No. 13. To date, dismissal papers have not been filed.

    Plaintiff is hereby **ORDERED** to file dismissal papers with respect to Experian by November 2, 2023.

    IT IS SO ORDERED.

    Dated: October 26, 2023

                                                            Nancy J. Koppe
United States Magistrate Judge